

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-12-01146-CR

JAY SCOTT GARRISON, JR., Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 178th District Court of Harris County. (Tr. Ct. No. 1302172).

**TO THE 178TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 26th day of June, 2014, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

This case is an appeal from the trial court's judgment of December 10, 2012. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the record erroneously reflects that the sentence was imposed and was to commence on February 2, 2013 and that findings on a deadly weapon are not applicable. Accordingly, the Court **modifies** the referenced portion of the trial court's judgment to reflect December 10, 2012 as the date the sentence was imposed and was to commence and "Yes, a Firearm" as the finding on deadly weapon.

The Court further holds that there was no reversible error in the trial court's judgment. Therefore, the Court **affirms** the trial court's judgment **as herein modified**.

The Court **orders** that this decision be certified below for observance.

Judgment rendered June 26, 2014.

Per curiam opinion delivered by panel consisting of Justices Keyes, Sharp, and Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

April 17, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

